IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BRIAN SHIMEK, | : | |
|     Plaintiff, | : | 4:09-CV-00024 |
| | : | |
| vs. | | |
| | : | |
| MANN BRACKEN LLC, | | |
| CHASE BANK USA, N.A., and | : | COMPLAINT |
| JOHN DOE(S) AND JANE DOE(S), | | and JURY DEMAND |
| the last two being fictitious Names, | : | |
| the real names of said defendants, | | |
| being presently unknown to plaintiff, | : | |
| said fictitious names being intended to | | |
| designate organizations or persons who | : | |
| are employed by or are associated with | | |
| the Defendant organizations and others | : | |
| acting in concert with any of the | | |
| defendants who engaged in the conduct | : | |
| complained of herein. | | |
|     Defendants. | : | |

COMES NOW the Plaintiff, Brian Shimek, by and through his attorney, Kenneth J. Weiland Jr. of Andrew and Weiland, P.C. Attorneys at Law, located at 107 E. Main Street, P.O Box 407, Knoxville, Iowa 50311, and in and for this cause of action against the Defendants, states as follows:

**I. INTRODUCTION**

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter ''FDCPA'') and the Iowa Consumer Credit Code – Remedies and Penalties, § 537.5101,

537.5201 *et seq*. (hereinafter, ''Iowa Code''), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.  JURISDICTION AND VENUE

2.  Plaintiff realleges and incorporates paragraph 1 of this complaint.

3.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.7 Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

## III.  PARTIES

4.  Plaintiff realleges and incorporates paragraphs 1 through 3 of this complaint.

5.  At all times material to this action, Plaintiff, Brian Shimek, is and was a natural person residing in Knoxville, Marion County, Iowa.

6. At all times material to this action, Defendant Mann Bracken LLC was a limited liability company and a law firm operating out of offices in multiple states with its principle office located at One Paces West, Ste 1400, 2727 Paces Ferry RD, Atlanta, GA 30339. Said Defendant was attempting to collect a debt from the Plaintiff by communication with Plaintiff in the State of Iowa. The principle purpose of the Defendant is the collection of Debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another. Defendant is a "debt collector" as defined by the FDCPA.

7. At all times material to this action, Defendant Chase Bank USA, N.A. was a National Bank operating nationwide with regards to services provided specifically in this matter the issuance of credit cards as well as other banking services. The Defendant lists an address at 6714 Grade Lane Bldg. 8, Suite 807, Louisville, KY 40213 or PO Box 36520, Louisville, KY 40233-6520. This Defendant is the original creditor and is not principally engaged in the collection of debts, however, the Iowa Code provides for remedies against a "person" without regards to whether said party is a creditor or a collection agent.

8. At all times material to this action, Defendants John and Jane Doe, are unknown employees of the Defendants Mann Bracken LLC and Chase Bank USA, N.A. who are natural persons employed by the Defendants as collectors. Defendant is a "debt collector" as defined by the FDCPA.

### IV.  FACTUAL ALLEGATION

9. Plaintiff realleges and incorporate paragraphs 1 through 8 of this complaint.

10. That Plaintiff sent the Defendant Mann Bracken LLC a letter on or about November 14,

2007 requesting that the Defendant only contact the Plaintiff by mail and to make no further contacts by telephone.

11. The Defendant Mann Bracken LLC and Defendant John or Jane Doe contacted the Plaintiff by telephone, on behalf of the Defendant Chase Bank USA, N.A., following the receipt of the letter referenced in paragraph 7 of this complaint which indicated that the Plaintiff has requested in writing that he no longer be contacted by telephone.

12. The Defendant Mann Bracken LLC has threatened to take legal action against the Plaintiff although there appears to be no intent on the part of the Defendant to carry out said threat.

## V.  FIRST CAUSE OF ACTION

**Communication with Plaintiff (Debtor) after notice to cease such communication**

13. Plaintiff realleges and incorporates paragraphs 1 through 12 of this complaint.

14. The FDCPA and the Iowa Code require Debt Collectors to cease communication upon notice by Debtor, the Plaintiff in this instance, to cease said communication.

15. The Plaintiff gave notice to the Defendants to cease telephone communications with the Plaintiff and the Plaintiff did so in writing.

16. After receipt of the Plaintiff's letter the Defendant continued to telephone the Plaintiff.

## VI. SECOND CAUSE OF ACTION

### False Threat of Legal Action

17. Plaintiff realleges and incorporates paragraphs 1 through 16 of this complaint.

18. The Defendant made threats to the Plaintiff that legal action would be taken against the Plaintiff.

19. The Defendant has and had no apparent intent to take said legal action.

20. The FDCPA and the Iowa Code prohibit the making of threats to take legal action without the actual intent to take said action.

## VII. PUNITIVE DAMAGES

21. Plaintiff realleges and incorporates paragraphs 1 through 20 of this complaint.

22. Plaintiffs are entitled to recover punitive damages in this matter as the Defendants acted willfully and intentionally.

23. The Defendants actions were willful and deliberate and were taken with intentional disregard for the Plaintiff(s).

24. The Plaintiffs are entitled to recover Punitive damages and the Plaintiffs hereby demand that punitive damages be awarded and assessed against the Defendants in such amount(s) as the jury determines based upon Iowa law and the evidence.

WHEREFORE, Plaintiff, Brian Shimek, respectfully requests that judgment be entered against the Defendants jointly and severally for the following :

A. Declaratory Judgment that Defendants conduct violated the FDCPA and Iowa Code,

B. Actual Damages

C. Statutory Damages pursuant to 15 U.S.C. 1692k and Iowa Code 537.5201.

D. Costs and Reasonable Attorney Fees pursuant to 15 U.S.C. 1692k and Iowa Code 537.5201.

E. Punitive Damages

F. For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff, Brian Shimek, demands trial by jury in this action.

Respectfully submitted,

__/s/ Kenneth J. Weiland Jr.   January 19, 2009__
Kenneth J. Weiland Jr.,
ANDREW & WEILAND, P.C.
P.O. Box 407
107 E. Main Street
Knoxville, IA  50138
PH: 641-842-4508
FAX: 641-842-4508

ATTORNEY FOR PLAINTIFF